UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**FRIAR TUCK INN OF THE CATSKILLS, INC.,**<br><br>Debtor.<br><br>**NOTTINGHAM VILLAGE DEVELOPMENT CORP.**<br><br>Debtor. | Chapter 11<br>Case No.: 09-13312<br><br><br><br>Chapter 11<br>Case No.: 09-13311 |

## NOTICE OF HEARING FOR FINAL ORDER APPROVING THE USE OF CASH COLLATERAL AND FOR DEBTOR IN POSSESSION LENDING

**Friar Tuck Inn of the Catskills, Inc. and Nottingham Village Development Corp.** (the "Debtors"), have moved this Court for an Order approving the use of cash collateral and for Debtor in possession lending with Ulster Savings Bank.

**PLEASE TAKE NOTICE**, that a hearing on the Motion will be held before the Honorable Robert E. Littlefield, Jr. United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the Northern District of New York, James T. Foley Courthouse, 445 Broadway, Albany, New York on the 23rd day of September, 2009 at 10:30 a.m. or as soon thereafter as counsel may be heard, for a Final Order approving the Motion.

**PLEASE TAKE NOTICE**, that any affidavits or memoranda in opposition to the relief requested shall be filed with the Bankruptcy Clerk for the Northern District of New York, Albany Division, and served in accordance with Local Bankruptcy Rule 9013-1(c).
.

Dated this 2nd day of September, 2009

By: */s/ Christian H. Dribusch*
**Christian H. Dribusch**
The Patroon Building
Five Clinton Square
Albany, NY 12207
(518) 436-1662