**Richard L. Weisz**
Partner
Direct Dial: 518.433.2431
Direct Facsimile: 866.505.7860
rweisz@hodgsonruss.com



November 20, 2009

Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

      Re:    Friar Tuck Inn of Catskills, Inc.
                 Case No. 09-13312 (Chapter 11)
                 Nottingham Village Development Corp.
                 Case No. 09-13311 (Chapter 11)
                 (Jointly Administered under Case No. 09-13312)

Dear Judge Littlefield:

      The adjourned auction sale in the above-referenced case took place yesterday (November 19, 2009). I was not present at the auction, but it was my understanding that there was a bidder. The auctioneer noted that the lender, Ulster Savings Bank (my client) had asked to credit the bid but focused on the bidder. Ultimately, the bidder offered $4,500,000 together with the buyer's premium of $450,000 for auctioneer fees and to pay the unpaid real property taxes. The bid was to be confirmed by the purchaser wiring $5,300,000 into the Hodgson Russ LLP IOLA Account at M&T Bank today. Regretfully, the wire did not happen.

      We therefore ask for a status conference next week in this case because the debtor-in-possession financing expires on November 30, 2009. The lender Ulster Savings Bank will ask the Court to honor its credit bid and direct the Debtor to sign over the property to it or its assignee.

      I will be in New York State Supreme Court on Monday and ask this Court to schedule the status conference for 2:00 p.m. on Monday or Tuesday morning, if possible.

                                 Very truly yours,

                                   Richard L. Weisz

RLW/gir
cc:    Christian H. Dribusch, Esq.
      Attorney for Debtors

      Kevin Purcell, Esq.
      Office of the U.S. Trustee