UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**FRIAR TUCK INN OF CATSKILLS, INC.,**<br><br>Debtor.<br><br>**NOTTINGHAM VILLAGE DEVELOPMENT CORP.**<br><br>Debtor. | Chapter 11<br>Case No.: 09-13312<br><br><br><br>Chapter 11<br>Case No.: 09-13311 |

**Operating Report Certification**

The undersigned, having reviewed the **January, 2010** operating report of the above-referenced Debtors, certifies under penalties of perjury that to my knowledge the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated:  February 25, 2010

                                               Dated this 25th day of October, 2010

                                               By: */s/ Ross Caridi*
                                               **Ross Caridi,** Authorized Officer of  Friar Tuck Inn Of Catskills, Inc. and  Nottingham Development Corp.

FRIAR TUCK INN OF THE CATSKILLS, INC.
STATEMENT OF CASH INFLOWS
AND CASH OUTFLOWS
FOR THE MONTH ENDED
JANUARY 31, 2010

FRIAR TUCK INN OF THE CATSKILLS, INC.
STATEMENT OF CASH INFLOWS AND CASH OUTFLOWS
FOR THE MONTH ENDED JANUARY 31, 2010

## TABLE OF CONTENTS

|  | Pages |
|---|---|
| Accountant's Report | 1 |
| Statement of Cash Inflows and Cash Outflows | 2-3 |

 **Shallo, Galluscio, Bianchi & Fucito**
*Certified Public Accountants, P.C.*

Dom Shallo, CPA
Robert Galluscio, CPA
Rick Bianchi, CPA
Scott D. Shallo, CPA, Esq.
Thomas Fucito, CPA

To the Board of Directors
Friar Tuck Inn of the Catskills, Inc.,
Catskill, New York

We have compiled the accompanying statement of cash inflows and cash outflows of Friar Tuck Inn of the Catskills, Inc. for the month ended January 31, 2010 in accordance with attestation standards established by the American Institute of Certified Public Accountants. The accompanying statement was prepared solely to assist Christian H. Dribusch, Esq. with reporting the necessary cash inflows and cash outflows as required by the United States Bankruptcy Court Northern District of New York.

A compilation is limited to presenting in the form of a statement, information that is the representation of management. We have not examined the statement and, accordingly, do not express an opinion or any other form of assurance on the accompanying statement of consolidated cash inflows and cash outflows.

The accompanying statement of cash inflows and cash outflows and this report are intended solely for the information and use of United States Bankruptcy Court Northern District of New York, Christian H. Dribusch, Esq, and management of Friar Tuck, and is not intended to be and should not be used by anyone other than these specified parties.

*Shallo, Galluscio, Bianchi & Fucito, CPAs, P.C.*

Shallo, Galluscio, Bianchi & Fucito
Certified Public Accountants, P.C.
February 4, 2010

# FRIAR TUCK INN OF THE CATSKILLS, INC.
## STATEMENT OF CASH INFLOWS AND CASH OUTFLOWS
## FOR THE MONTH ENDED JANUARY 31, 2010

|  | January 1 - January 31 |
|---|---:|
| **CASH INFLOWS** | |
| Room, Bar and Operations Sales | $ 102,884 |
| OTB Rent | 11,554 |
| NYS Lottery Sales | 481 |
| Debtor in Possession Funding from Ulster Savings Bank | 91,000 |
| **TOTAL CASH INFLOWS** | 205,919 |
| **CASH OUTFLOWS** | |
| Cost of Goods Sold | |
|   Purchases - Food and Beverages | 51,192 |
|   Linens | 5,234 |
|   Total Cost of Goods Sold | 56,426 |
| TOTAL CASH AVAILABLE BEFORE OPERATING CASH OUTFLOWS | $ 149,493 |

See accountant's report

2

FRIAR TUCK INN OF THE CATSKILLS, INC.
STATEMENT OF CASH INFLOWS AND CASH OUTFLOWS
FOR THE MONTH ENDED JANUARY 31, 2010

|  | January 1 - January 31 |
|---|---:|
| TOTAL CASH AVAILABLE BEFORE OPERATING CASH OUTFLOWS - FROM PRIOR PAGE | $ 149,493 |
| **Operating Cash Outflows** | |
| Net Wages - Officer | 7,416 |
| Net Wages - Other | 26,923 |
| Payroll Taxes and Other Payroll Withholdings | 14,110 |
| Subcontractors | 11,324 |
| Gas | 9,673 |
| Fuel Oil | 17,961 |
| Telephone | 2,657 |
| Cable Expenses | 1,848 |
| Insurance | 336 |
| Worker's Compensation Insurance | 355 |
| Health Insurance | 8,219 |
| Repairs, Maintenance & Service Contracts | 18,041 |
| Supplies - Operating | 1,558 |
| Accounting Fees - Monitoring | 10,500 |
| Legal Fees - Bankruptcy | 6,000 |
| Advertising | 2,072 |
| Guest Act & Live Entertainment | 962 |
| Bank Charges | 500 |
| NYS Lottery Expense | 586 |
| Dues & Subscriptions | 136 |
| Bankrupcty Filing Fees | 1,950 |
| Unapproved Other Disbursements due back from Officer | 7,564 |
| Transfer to Nottingham Village | 20,500 |
| Total Operating Cash Outflows | 171,191 |
| NET CASH SURPLUS (DEFICIENCY) | $ (21,698) |

See accountant's report
3

NOTTINGHAM VILLAGE DEVELOPMENT CORP.
STATEMENT OF CASH INFLOWS
AND CASH OUTFLOWS
FOR THE MONTH ENDED
JANUARY 31, 2010

NOTTINGHAM VILLAGE DEVELOPMENT CORP.
STATEMENT OF CASH INFLOWS AND CASH OUTFLOWS
FOR THE MONTH ENDED JANUARY 31, 2010

TABLE OF CONTENTS

|  | Pages |
|---|---|
| Accountant's Report | 1 |
| Statement of Cash Inflows and Cash Outflows | 2-3 |

# Shallo, Galluscio, Bianchi & Fucito
*Certified Public Accountants, P.C.*

Dom Shallo, CPA
Robert Galluscio, CPA
Rick Bianchi, CPA
Scott D. Shallo, CPA, Esq.
Thomas Fucito, CPA

To the Board of Directors
Nottingham Village Development Corp.
Catskill, New York

We have compiled the accompanying statement of cash inflows and cash outflows of Nottingham Village Development Corp. for the month ended January 31, 2010 in accordance with attestation standards established by the American Institute of Certified Public Accountants. The accompanying statement was prepared solely to assist Christian H. Dribusch, Esq. with reporting the necessary cash inflows and cash outflows as required by the United States Bankruptcy Court Northern District of New York.

A compilation is limited to presenting in the form of a statement, information that is the representation of management. We have not examined the statement and, accordingly, do not express an opinion or any other form of assurance on the accompanying statement of consolidated cash inflows and cash outflows.

The accompanying statement of cash inflows and cash outflows and this report are intended solely for the information and use of United States Bankruptcy Court Northern District of New York, Christian H. Dribusch, Esq, and management of Friar Tuck, and is not intended to be and should not be used by anyone other than these specified parties.

*Shallo, Galluscio, Bianchi & Fucito, CPAs, P.C.*

Shallo, Galluscio, Bianchi & Fucito
Certified Public Accountants, P.C.
February 4, 2010

NOTTINGHAM VILLAGE DEVELOPMENT CORP.
STATEMENT OF CASH INFLOWS AND CASH OUTFLOWS
FOR THE MONTH ENDED JANUARY 31, 2010

|  | January 1 - January 31 |
|---|---:|
| **CASH INFLOWS** |  |
| Rent Income | $ 3,500 |
| Principal and interest on mortgages receivable | 3,843 |
| Transfer from Friar Tuck Inn of the Catskills, Inc. | 20,500 |
| TOTAL CASH INFLOWS | 27,843 |
| TOTAL CASH AVAILABLE BEFORE CASH OUTFLOWS | $ 27,843 |

Case 09-13312-1-rel    Doc 103    Filed 02/25/10    Entered 02/25/10 16:45:36    Desc
Main Document    Page 11 of 11

NOTTINGHAM VILLAGE DEVELOPMENT CORP.
STATEMENT OF CASH INFLOWS AND CASH OUTFLOWS
FOR THE MONTH ENDED JANUARY 31, 2010

|  | January 1 - January 31 |
|---|---:|
| TOTAL CASH AVAILABLE BEFORE OPERATING CASH OUTFLOWS - FROM PRIOR PAGE | $ 27,843 |
| Operating Cash Outflows | |
| Net Wages - Officer | 6,652 |
| Net Wages - Other | 931 |
| Payroll Taxes and Other Payroll Withholdings | 3,974 |
| Subcontractors | 539 |
| Fuel Oil | 2,245 |
| Telephone | 844 |
| Repairs, Maintenance and Service Contracts | 2,458 |
| Supplies - Operating | 105 |
| Auto Lease | 2,262 |
| Auto Expense | 331 |
| Credit Cards Payable | 5,984 |
| Bank Charges | 25 |
| Bankrupcty Filing Fees | 650 |
| Unapproved Mortgage Payable on Rental - BOGC | 1,163 |
| Unapproved Other Disbursements due back from Officer | 857 |
| Total Operating Cash Outflows | 29,020 |
| NET CASH SURPLUS (DEFICIENCY) | $ (1,177) |

See accountant's report
3