UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| FRIAR TUCK INN OF CATSKILLS, INC., | Case No. 09-13312 |
| | (Chapter 11) |
| Debtor. | (Jointly Administered) |
| | |
| NOTTINGHAM VILLAGE | Case No. 09-13311 |
| DEVELOPMENT CORP., | (Chapter 11) |
| | |
| Debtor. | |

## OBJECTION OF ULSTER SAVINGS BANK TO RCI, LLC MOTION TO DISMISS CHAPTER 11 PROCEEDING OF DEBTOR NOTTINGHAM VILLAGE DEVELOPMENT CORP.

Ulster Savings Bank, by its attorneys, Hodgson Russ LLP, as and for its Objection to the Motion to Dismiss the Chapter 11 Proceeding of Debtor Nottingham Village Development Corp., filed by RCI, LLC, alleges:

1. Ulster Savings Bank is a creditor of Nottingham Village Development Corp.

2. Upon information and belief, the Motion is untimely and should be dismissed.

3. The Motion was filed and served on February 23, 2010 and returnable on March 10, 2010, which is fifteen (15) days' notice.

4. Bankruptcy Rule 2002 requires at least twenty (20) days' notice of Motions to Dismiss.

5. Furthermore, upon information and belief, Local Rules have recently been amended to require 28 days' notice of Motions.

057837/00000 Litigation 7241014v1

6. Accordingly, the Motion to Dismiss of RCI, LLC is untimely and should be denied.

WHEREFORE, Ulster Savings Bank seeks an Order from this Court denying the Motion to Dismiss Chapter 11 Proceeding of Debtor Nottingham Village Development Corp. filed by RCI, LLC, and awarding whatever and further relief the Court deems just and proper.

DATED: March 1, 2010

>  HODGSON RUSS LLP
>  Attorneys for Ulster Savings Bank
>
>  By: _____
>  RICHARD L. WEISZ
>  677 Broadway, Suite 301
>  Albany, New York 12207
>  (518) 465-2333

TO: JOSEPH M. CERRA, ESQ.
FORMAN HOLT ELIADES & RAVIN, LLP
Attorneys for RCI, LLC f/k/a Resort Condominiums International, LLC
80 Route 4 East, Suite 290
Paramus, New Jersey 07652

CHRISTIAN H. DRIBUSCH, ESQ.
Attorney for Debtors
Patroon Building
5 Clinton Square
Albany, New York 12207

KEVIN PURCELL, ESQ.
OFFICE OF THE U.S. TRUSTEE
NORTHERN DISTRICT OF NEW YORK
74 Chapel Street
Albany, New York 12207

057837/00000 Litigation 7241014v1

GE MONEY BANK
c/o RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH, FINANCIAL CONTROLLER
25 S.E. Second Avenue, Suite 1120
Miami, FL 33131-1605

LANCE PORTMAN, ESQ.
McCABE & MACK, LLP
Attorneys for Central Hudson Gas & Electric Corporation
63 Washington Street, P.O. Box 509
Poughkeepsie, New York 12602-0509

MICHAEL S. ETKIN, ESQ.
LOWENSTEIN SANDLER, P.C.
65 Livingston Avenue
Roseland, NJ 07068

D. ELAINE CONWAY, ESQ.
JACKSON WALKER LLP
Attorneys for Constellation New Energy, Inc.
1401 McKinney, Suite 1900
Houston, TX 77010

JOHN C. MILLER, ESQ.
DISTRICT TAX ATTORNEY, OFFICE OF COUNSEL
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
W.A. Harriman Campus, Building 9- Room 100
Albany, New York 12227

057837/00000 Litigation 7241014v1