UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> **FRIAR TUCK INN OF CATSKILLS, INC.,** <br><br> Debtor. | Chapter 11 <br> Case No.: 09-13312 <br><br> Jointly Administered |
| **NOTTINGHAM VILLAGE DEVELOPMENT CORP.** <br><br> Debtor. | Chapter 11 <br> Case No.: 09-13311 |

**FRIAR TUCK INN OF THE CATSKILLS, INC.
RESPONSE TO THE BANKRUPTCY COURT'S ORDER
TO SHOW CAUSE TO CONVERT OR DISMISS CASE
FOR FAILURE TO FILE A DISCLOSURE STATEMENT
AND/OR PLAN OF REORGANIZATION**

Christian H. Dribusch, counsel to the Friar Tuck Inn of the Catskills, Inc. in this bankruptcy proceeding, files this response to the Bankruptcy Court's Order to Show Cause to Convert or Dismiss its case and respectfully states as follows:

1. Pursuant to the debtor-in-possession lending agreements, as amended, the Friar Tuck Inn of the Catskills, Inc. was obligated to turn over all its right, title, and interest to essentially all of its real and personal property to Ulster Savings Bank on or about March 15, 2010.

2. On March 12, 2010, Ulster Savings Bank requested that the Debtor continue to operate through April 15, 2010 based, upon information and belief, the expectation that a purchaser would be consummating a transaction with Ulster Savings Bank.

3. Upon information and belief, no transaction has been consummated with Ulster Savings Bank.

4. Upon information and belief, Ulster Savings Bank does not wish to provide the Friar Tuck Inn of the Catskills, Inc. with additional debtor-in-possession financing.

5. Pursuant to the terms, conditions, and provisions of the debtor-in-possession agreements, the Friar Tuck Inn of the Catskills, Inc. would like to surrender its personal and real property to Ulster Savings Bank.

6. After Ulster Savings Bank takes possession of the assets the Debtor will no longer have a business to reorganize.

7. Based upon the forgoing, the Debtor does not oppose the Bankruptcy Court's Order to Show Cause seeking dismissal of its case.

Dated: March 31, 2010

*/s/ Christian H. Dribusch*
**Christian H. Dribusch**