**SO ORDERED.**

**SIGNED this 01 day of April, 2010.**

_____
**ROBERT E. LITTLEFIELD, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11<br>Case No.: 09-13312 |
| **FRIAR TUCK INN OF CATSKILLS, INC.,** | |
| Debtor. | Jointly Administered |
| **NOTTINGHAM VILLAGE DEVELOPMENT CORP.** | Chapter 11<br>Case No.: 09-13311 |
| Debtor. | |

**ORDER GRANTING RCI, LLC'S MOTION FOR RELIEF FROM
AUTOMATIC STAY PURSUAN TO 11 U.S.C. §326(d)**

**RCI, LLC,** having filed a motion for the entry of an order for relief from the automatic

stay pursuant to 11 U.S.C. §362(d), authorizing RCI, LLC to terminate a certain Resorts

Affiliation Agreement with debtor Nottingham Village Development Corp. as of November 23,

2009, and for other relief, and the Court having considered the matter and the arguments and submissions of counsel; and the Court noting the consent of Nottingham Village Development Corp. and Ulster Savings Bank to the entry of an order; and for good cause show it is hereby:

**ORDERED and ADJUDGED** as follows:

1. The automatic stay is hereby lifted in favor of RCI, LLC effective November 23, 2009 so that RCI, LLC may exercise its non-monetary rights under the termination provisions of the Resorts Affiliation Agreement.

2. This Order adjudicates RCI, LLC's right to stay relief and shall not constitute grounds for preclusion under doctrines of issue preclusion, claim preclusion, or other similar doctrine.

3. The terms and provisions of this Order shall be binding upon any trustee and/or committee which may be appointed in Nottingham Village Development Corp.'s bankruptcy proceedings and shall survive any dismissal of the bankruptcy case.

####