1884 N. Shore Road
Hadley NY 12835
July 23, 2010

NY's Northern District US Bankruptcy Court
James T. Foley Courthouse
445 Broadway
Suite 330
Albany NY 12207

**RECEIVED & FILED**
JUL 26 2010
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

09-13312

To Whom it may concern:

We are Timeshare owners at the Friar Tuck Resort in Catskill, NY.

We would like to be added to the mailing matrix concerning the bankruptcy proceedings involving the Friar Tuck Resort.

Thank you for your consideration.

Timeshare Owners
Mary L. Denkewicz
Helen A. Skeels

*Mary Denkewicz*
*Helen Skeels*